UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -9 A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BCCTC ASSOCIATES VI, INC.,<br>as general partner of<br>BCCTC ASSOCIATES VI<br>LIMITED PARTNERSHIP<br>as general partner of<br>BOSTON CAPITAL CORPORATE<br>TAX CREDIT FUND VI, A LIMITED<br>PARTNERSHIP,<br>BOSTON CAPITAL CORPORATE<br>TAX CREDIT FUND VI, A LIMITED<br>PARTNERSHIP,<br>BCCC, INC., individually<br>and on behalf of<br>CHESTERFIELD GLEN, L.L.C., and<br>CHESTERFIELD GLEN, L.L.C.,<br>    Plaintiffs,<br><br>v.<br><br>ASPEN CHESTERFIELD CORP.,<br>CRAIG LONGSTRETH, and<br>DOUGLAS R. McCLOUD,<br>    Defendants. | Civil Action No. 04-11030-RCL |

## JOINT MOTION TO EXTEND TIME

Defendants Aspen Chesterfield Corporation, Craig Longstreth, and Douglas McCloud (together "Defendants") and Plaintiffs Boston Capital Associates VI, Inc., BCCTC Associates VI Limited Partnership, Boston Capital Corporate Tax Credit Fund VI, A Limited Partnership, BCCC, Inc., and Chesterfield Glen, L.L.C. (together "Plaintiffs") hereby jointly move this Court for extensions of time until June 30, 2004 for Defendants to answer or otherwise respond to Plaintiffs' Complaint and for Plaintiffs to respond to any such answer or response to July 26, 2004. The parties state that they are actively engaged in review and investigation of this matter,

and this extension will allow them time needed to discuss this matter, including discussions regarding possible settlement of the action, before further pleadings are filed.

        ASPEN CHESTERFIELD CORPORATION,
        CRAIG LONGSTRETH, AND
        DOUGLAS R. McCLOUD

        By their attorneys,

        */s/ Sara A. Laroche*
        David E. Lurie, BBO #542030
        Sara A. Laroche, BBO #652479
        Lurie & Krupp, LLP
        One McKinley Square
        Boston, MA 02109
        Telephone: (617) 367-1970

        BOSTON CAPITAL ASSOCIATES VI, INC.,
        BCCTC ASSOCIATES VI LIMITED
        PARTNERSHIP,
        BOSTON CAPITAL CORPORATE TAX CREDIT
        FUND VI, A LIMITED PARTNERSHIP,
        BCCC, INC., AND CHESTERFIELD GLEN,
        L.L.C.

        By their attorney,

        *Sigmund Roos (SAL)*
        Sigmund J. Roos, BBO # 541754
        Field & Roos, LLP
        60 State Street, 38th Floor
        Boston, MA 02109
        Telephone: (617) 223-1900

Dated: June 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2004, a true copy of the above document was served by facsimile and first class mail on Sigmund J. Roos, Field & Roos, LLP, 60 State Street, 38th Floor, Boston, MA 02109.

Sara A. Laroche