UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BCCTC ASSOCIATES VI, INC.,<br>as general partner of<br>BCCTC ASSOCIATES VI<br>LIMITED PARTNERSHIP<br>as general partner of<br>BOSTON CAPITAL CORPORATE<br>TAX CREDIT FUND VI, A LIMITED<br>PARTNERSHIP,<br>BOSTON CAPITAL CORPORATE<br>TAX CREDIT FUND VI, A LIMITED<br>PARTNERSHIP,<br>BCCC, INC., individually<br>and on behalf of<br>CHESTERFIELD GLEN, L.L.C. and,<br>CHESTERFIELD GLEN, L.L.C.,<br>    Plaintiffs,<br>v.<br><br>ASPEN CHESTERFIELD CORP.,<br>CRAIG LONGSTRETH, and<br>DOUGLAS R. McCLOUD,<br>    Defendants. | CIVIL ACTION NO. 04-11030-RCL |

## JOINT MOTION TO TRANSFER and STIPULATION

Plaintiffs, BCCTC Associates VI, Inc., BCCTC Associates VI Limited Partnership, Boston Capital Corporate Tax Credit Fund VI, A Limited Partnership, BCCC, Inc., and Chesterfield Glen, LLC, and defendants, Aspen Chesterfield Corp., Craig Longstreth, and Douglas R. McCloud, hereby jointly move, pursuant to 28 U.S.C. §1404(a), that this Court transfer this action to the Eastern District of Michigan. As grounds therefor, the parties state that on June 30, 2004, Defendants filed a Motion to

Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer the Proceedings ("Motion to Dismiss") that is pending before the Court. Subsequent to its filing, Plaintiffs indicated that they would agree to the requested transfer of the case to the Eastern District of Michigan, provided that all parties bear their own costs and attorney's fees in connection with the motion. Accordingly, all parties hereby jointly request that the Court order transfer of the case to the Eastern District of Michigan. The parties have agreed that if the Court allows this Joint Motion, Defendants will withdraw the pending Motion to Dismiss and all parties shall bear their own costs and fees associated with the pending Motion to Dismiss.

For these reasons, the parties respectfully request that this Court:

(a)   transfer this action to the Eastern District of Michigan; and

(b)  grant such other and further relief as is deemed just and appropriate.

| | |
|---|---|
| ASPEN CHESTERFIELD CORP., CRAIG A. LONGSTRETH, AND DOUGLAS R. MCCLOUD, Defendants, By their attorneys, | BOSTON CAPITAL ASSOCIATES VI, INC., BCCTC ASSOCIATES VI LIMITED PARTNERSHIP, BOSTON CAPITAL CORPORATE TAX CREDIT FUND VI, A LIMITED PARTNERSHIP, BCCC, INC., AND CHESTERFIELD GLEN, L.L.C., Plaintiffs, By their attorneys, |
| _/s/ David A. Lurie_ David A. Lurie   BBO No. 542030 Sara A. Laroche   BBO No. 652479 LURIE & KRUPP, LLP One McKinley Square Boston, MA 02109 (617) 367-1970 | _/s/ Sigmund J. Roos_ Sigmund J. Roos   BBO No. 541754 George P. Field   BBO No. 164520 FIELD & ROOS, LLP 60 STATE STREET - 38th FLOOR BOSTON, MA 02109 (617) 223-1900 |

July 23, 2004

Certificate of Service

I, the undersigned, hereby certify that I caused the within document to be served by mail upon all counsel of record this 23rd day of July 2004.

_/s/ Sigmund J. Roos_