


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:** Clerk of Court for The Eastern District of Michigan

**RE:**

CIVIL ACTION #: 04-11030

CRIMINAL #: _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on  8/3/04  by the Honorable  Judge Lindsay .

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

( ) Certified copy of the transferral order;

( ) Original documents numbered _____

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: 8/6/04

By: Don C Stanhope
Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)