

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

## 04-73065

**TO:**

_Clerk of Court_
_for the Eastern_
_District of Michigan_

**RE:**

CIVIL ACTION #. _04-11030_

CRIMINAL #. _____

_____ ~~PAUL D. BORMAN~~

_____

MAGISTRATE JUDGE R. STEVEN WHALEN

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____
_8/3/04_ by the Honorable _Judge Lindsay_.
The following documents are included in our file and transmitted herewith:

( ✓ )  Certified copy of the docket entries; _1-8_

( )  Certified copy of the transferral order;

( )  Original documents numbered _____

( )  _____

Kindly acknowledge receipt of the above on the copy of this letter.

**FILED**
AUG 1 0 2004
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

**FILED**
AUG 1 1 2004
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: _8/6/04_

By: _Don C. Stanhope_
Deputy Clerk

cc:    Counsel, File    **04-73065**

---

The documents listed above were received by me on _8/11/04_ and assigned the
following case number: _04-73065_

By: _____
Deputy Clerk

I HEREBY ATTEST AND CERTIFY ON 8/6/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.
TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _Don Stanhope_

⑨